FILED
John E. Triplett, Clerk of Court
United States District Court
*By jamesburrell at 2:57 pm, Apr 10, 2025*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | INFORMATION NO: | 2:25CR-009 |
| ) | | |
| v. ) | 18 U.S.C. §§ 7 and 13 | |
| ) | | |
| STEPHEN M. PATTERSON ) | O.C.G.A. § 16-6-8 | |
| ) | Public Indecency | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
*Public Indecency*
O.C.G.A. § 16-6-8

On or about December 6, 2023, in Wayne County, within the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Federal Correctional Institute Jesup,

**STEPHEN M. PATTERSON,**

did unlawfully perform a lewd act by exposing his sexual organ and appearing in a state of partial nudity in public place, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 16-6-8.

## COUNT TWO
*Public Indecency*
O.C.G.A. § 16-6-8

On or about May 6, 2024, in Wayne County, within the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Federal Correctional Institute Jesup,

**STEPHEN M. PATTERSON,**

did unlawfully perform a lewd act by exposing his sexual organ and appearing in a state of partial nudity in public place, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 16-6-8.

## COUNT THREE
*Public Indecency*
O.C.G.A. § 16-6-8

On or about May 8, 2024, in Wayne County, within the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Federal Correctional Institute Jesup,

**STEPHEN M. PATTERSON,**

did unlawfully perform a lewd act by exposing his sexual organ and appearing in a state of partial nudity in public place, in violation of Title 18, United States Code, Sections 7 and 13, and the Official Code of Georgia Annotated, Section 16-6-8.

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Ryan E. Bondura*

Ryan E. Bondura
Assistant United States Attorney
SC Bar No. 104079